UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : Case No. 4:18-cv-1793-SNLJ |
| | : |
| BW RRI II LLC, | : |
| a Delaware limited liability company | : |
| | : |
| Defendant. | : |
| _____/ | |

## NOTICE OF SETTLEMENT

Plaintiff, Fred Nekouee, by and through his undersigned counsel, hereby advises the

Court that he has reached a settlement in principle with Defendant BW RRI LLC.  Said parties

expect to finalize the settlement in the next 30 days.

Respectfully submitted,

s/Robert J. Vincze
Robert J. Vincze (MO #37687)
Law Offices of Robert J. Vincze
PO Box 792 Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

*Attorney for Plaintiff Fred Nekouee*

## CERTIFICATE OF SERVICE

I certify that on May 7, 2019, I electronically filed the foregoing Notice with the Clerk of
the Court using the CM/ECF system.

s/Robert J. Vincze (MO #37687)