UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRED NEKOUEE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:18-CV-01793-SNLJ ) |
| BW RRI II LLC, | ) ) |
| Defendant. | ) ) ) |

### ORDER

The Court having been advised by counsel that this action has been settled,

**IT IS HEREBY ORDERED** that the trial setting is vacated and all pending motions are denied without prejudice.

**IT IS HEREBY ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

Dated this 14th day of June, 2019.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE