UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FRED NEKOUEE, individually,

       Plaintiff,

vs.

Case No. 4:18-cv-1793-SNLJ

BW RRI II LLC,
a Delaware limited liability company

       Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant BW RRI II LLC by and through their respective counsel, hereby stipulate to the dismissal of this action against these Defendant with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties have entered into a Settlement Agreement regarding all matters in this action.

DATE:  June 27, 2019

Respectfully submitted,

*s/Robert J. Vincze*
Robert J. Vincze (MO # 37687)
Law Offices of Robert J. Vincze
PO Box 792, Andover, Kansas 67002
Phone: 303-204-8207; email: vinczelaw@att.net
*Attorney for Plaintiff Fred Nekouee*

*s/Justin S. Zimmerman*
Justin S. Zimmerman
Lewis Brisbois
Mark Twain Plaza II
103 W. Vandalia Street, Suite 300
Edwardsville, Illinois 62025
Phone: 618-307-7292; email: Justin.Zimmerman@lewisbrisbois.com
*Attorney for Defendant BW RII II LLC*